UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Jonathan Lee Riches©,
Plaintiff

1:07-CV-2313
Civil No:

FILED
HARRISBURG, PA
DEC 26 2007
MARY E. D'ANDREA, CLERK
Per _____

v.

Heidi Fleiss,
Defendant

## Complaint

Comes now the Plaintiff, Jonathan Lee Riches©, in pro-se, Moves this Honorable Court under 42 USC 1983 and a TRO Restraining Order. Heidi Fleiss is harassing and extorting me. When Heidi was in Federal prison at the womens camp in Alderson West Virginia, she wrote my name and inmate # on the bathroom stall door. Senior Pizza with extra Anchovies. Now I get strange letters every day while I'm in solitary confinement at FCI Williamsburg, I compel defendant to Erase my name. Not only that but FCI Williamsburg is a Breeding ground for male Inmates that dress as women. Seeing this caused me optical nerve damage and Fright. Alot of them carry Heidi Fleiss manuals, I hold defendant Liable and seek $25 million in Injunctive relief. I also seek a restraining order from Fleiss traveling around the country putting my name on public Restroom walls, this gives me Junk mail, I'm also on the federal do not call list.

Jonathan Lee Riches©
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, S.C. 29590
843-387-9400

Respectfully Submitted
Jonathan Lee Riches©

Name: Jonathan Lee Riches ©
Register Number: 40948-018
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC 29590

FLORENCE SC 295
18 DEC 2007 PM 1 T

United States District Court
Middle District of Pennsylvania
Clerk of Court
228 Walnut Street
Harrisburg, PA 17108

17108+3800

Legal Mail